**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>Taizhou Tool-Bar Machinery Co., Ltd., a Chinese company,<br><br>*Defendant.* | Case No. 2:24-cv-02069-CDS-DJA<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>**(First Request)** |

Plaintiff SATA GmbH & Co. KG ("SATA"), by and through its undersigned counsel, hereby respectfully requests that the Court grant Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Defendant") an extension of twenty (20) days to respond to the Complaint (ECF No. 1), from November 29, 2024 to December 19, 2024. This is the first request for an extension of this deadline. Defendant has indicated it does not oppose this Motion.

The Complaint in this action was filed on November 5, 2024 (ECF No. 1) and Defendant was served with the Summons and Complaint on November 7, 2024 (ECF No. 5). The current

deadline for Defendant to file a responsive pleading is November 29, 2024.  Plaintiff's counsel was recently contacted by Amber N. Davis of Wolter Van Dyke Davis, PLLC, who indicated she had been retained as counsel for Defendant and requested a twenty (20) day extension of time to respond to the Complaint.  The extension was requested due to the Thanksgiving holiday, to allow time to secure local Nevada counsel, and allow time for potential settlement discussions.  The requested extension is sought in good faith and not for purposes of undue delay.

    For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion.

DATED:  November 27, 2024

Respectfully submitted,

By:   /s/ *Kevin D. Everage*
**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/3/2024