**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation,<br><br>　　　　　Plaintiff<br>v.<br>Taizhou Tool-Bar Machinery Co., Ltd., a Chinese company,<br><br>　　　　　Defendant | Case No. 2:24-cv-02069-CDS-DJA<br><br>**Order Approving JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF No. 9]**<br><br>**(First Request)**<br><br>[ECF No. 12] |

　　　　Plaintiff SATA GmbH & Co. KG ("SATA") and Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Tool-Bar") (together, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree under LR 7-1 to request an order extending the current deadline for SATA to respond to Tool-Bar's Motion to Dismiss the Complaint, filed on December 19, 2024 (ECF No. 9) ("Motion to Dismiss"), as follows.

　　　　The Parties request that SATA's response deadline be extended fourteen (14) days, from January 2, 2025, to January 16, 2025. This extension is warranted because SATA's current

1  response to the Motion to Dismiss is due the day after the 2025 federal New Year's Day holiday,
2  and which period to prepare the response includes the 2024 federal Christmas Day holiday. This
3  is the Parties' first stipulation affecting the date of SATA's response to Tool-Bar's Motion to
4  Dismiss, and it does not affect any other date or deadline in this action. Additionally, the Court has
5  not yet set the case for trial.  The requested extension is sought in good faith and not for purposes
6  of undue delay.

DATED:  December 20, 2024				DICKINSON WRIGHT PLLC

							 /s/ *Kevin D. Everage*
							STEVEN A. CALOIARO
							Nevada Bar No. 12344
							100 W. Liberty Street, Suite 940
							Reno, Nevada 89501
							Tel.: (775) 343-7500
							Fax: (844) 670-6009
							scaloiaro@dickinsonwright.com

							KEVIN D. EVERAGE
							Nevada Bar No. 15913
							3883 Howard Hughes Pkwy, Suite 800
							Las Vegas, Nevada 89169
							Tel.: (702) 550-4426
							Fax: (844) 670-6009
							keverage@dickinsonwright.com

							*Attorneys for Plaintiff*
							*SATA GmbH & Co. KG*

DATED:  December 20, 2024				WEIDE & MILLER, LTD

							 /s/ *F. Christopher Austin*
							F. CHRISTOPHER AUSTIN, ESQ.
							Nevada Bar No. 6559
							10655 Park Run Drive, Suite 100
							Las Vegas, Nevada 89144
							Tel.: (702) 382-4804
							Fax: (702) 382-4805
							caustin@weidemiller.com

							WOLTER VAN DYKE DAVIS, PLLC
							AMBER N. DAVIS (*pro hac vice* pending)



adavis@savvyiplaw.com
Jefferson C. Deery (*pro hac vice* pending)
jdeery@savvyiplaw.com
1900 Summit Tower Blvd. STE 140
Orlando, Florida 32810
Tel.: (407) 926-7729

*Attorneys for Defendant*
*Taizhou Tool-Bar Machinery Co., Ltd.*

## **ORDER**

Based on the parties' stipulation, the deadline for plaintiff to respond to the motion to dismiss is extended to January 16, 2025. Defendant's reply is due on or before January 23, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 23, 2024