**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation, | ) ) Case No. 2:24-cv-02069-CDS-DJA ) |
| *Plaintiff,* | ) **AMENDED STIPULATED DISCOVERY** ) **PLAN AND SCHEDULING ORDER** |
| *v.* | ) ) **SPECIAL SCHEDULING REVIEW** |
| Taizhou Tool-Bar Machinery Co., Ltd., a Chinese company, | ) **REQUESTED** ) ) |
| *Defendant.* | ) |

Under Fed. R. of Civ. P. 26(f), Local Rule 26-1, *et seq.*, and in view of the Court's minute order issued on February 24, 2025 (ECF No. 20), Plaintiff SATA GmbH & Co. KG ("SATA") and Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Tool-Bar") (together, the "Parties"), by and through their respective attorneys of record, hereby submit this Amended Stipulated Discovery Plan and Scheduling Order.

**Date of Conference and Appearances of Counsel:**

The Parties held a Rule 26(f) Conference via videoconference on February 18, 2025 (the "Conference"). In attendance on behalf of SATA was Kevin D. Everage of Dickinson Wright

PLLC. In attendance on behalf of Tool-Bar were Amber N. Davis and Jefferson C. Deery of Wolter Van Dyke Davis, PLLC. A further conference was held on March 5, 2025, to address the Court's minute order (ECF No. 20). In attendance on behalf of SATA was Kevin D. Everage of Dickinson Wright PLLC. In attendance on behalf of Tool-Bar was Amber N. Davis of Wolter Van Dyke Davis, PLLC.

**Initial Disclosures:**

The Parties will serve Initial Disclosures under Rule 26(a) on or before March 10, 2025.

**Discovery Plan:**

The Parties agree that discovery may be conducted on all matters relevant to the issues raised by the pleadings and all matters otherwise within the scope of Rule 26(b)(1) and not protected from disclosure. Pursuant to LR 26-1(b)(1), the Parties state that the first defendant answered or otherwise appeared on December 19, 2024 upon the filing of Tool-Bar's Motion to Dismiss (ECF No. 9). The proposed schedule is as follows:

| Event | Time Frame | Date |
| --- | --- | --- |
| Deadline to Serve Initial Disclosures (FRCP 26(a)(1)) | 14 days after Minute Order (ECF 20) | March 10, 2025 |
| Amended Joint Stipulated Discovery Plan & Scheduling Order (LR 26-1(a)) | Per Court Order (ECF No. 20) | March 7, 2025 |
| Deadline to Amend Pleadings/Parties (LR 26-1(b)(2)) | 90 days before Discovery Cut-Off Date | May 19, 2025 |
| Discovery Cut-Off Date (LR 26-1(b)(1) | 240 days after 1st Defendant's appearance | August 16, 2025 |
| Expert Disclosures (FRCP 26(a)(2) and LR 26(1)(b)(3)) | 60 days before Discovery Cut-Off Date | June 17, 2025 |
| Rebuttal Expert Disclosures (FRCP 26(a)(2) and LR 26(1)(b)(3)) | 30 days after Expert Disclosures | July 17, 2025 |
| Dispositive Motion Deadline (LR 26-1(b)(4)) | 30 days after Discovery Cut-Off Date | September 15, 2026 |

| Event | Time Frame | Date |
|---|---|---|
| Joint Pretrial Order and Pretrial Disclosures & Objections (FRCP 26(a)(3) and (LR 26(1)(b)(5) & (6)) | Within 30 days after Dispositive Motion Deadline OR 30 days after Order on Dispositive Motions (if filed) | October 15, 2025 OR 30 days after Order on Dispositive Motions (if filed) |
| Trial | | TBD |

**Special Scheduling Review:**

Pursuant to Local Rule 26-1(b)(1), the defendant appeared and responded to the complaint on December 19, 2024. However, the Parties agree that a discovery period longer than one hundred eighty (180) days from the date of the response is required in this matter because the Parties must retain and depose experts on highly-technical issues and analysis relevant to the Parties' claims and defenses in a trademark/trade dress infringement suit, particularly as it relates to analysis of the trademark functionality issue the Parties are already disputing in their briefs on Tool-Bar's motion to dismiss. *See*, ECF Nos. 9, 16, and 17.

**Alternative Dispute Resolution**

Pursuant to Local Rule 26-1(b)(7), the Parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes. The parties expressed mutual interest in mediation at a later time.

**Alternative Forms of Case Disposition**

Pursuant to Local Rule 26-1(b)(8), the Parties certify that they met and conferred to consider consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).The parties do not consent to a trial by a magistrate judge.

**Electronic Evidence**

Jury trial has been demanded. Pursuant to Local Rule 26-1(b)(9), the Parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The Parties mutually intend to present evidence to jurors for the purposes of jury deliberations, and will do so in compliance with the electronic format and other

requirements for the court's electronic jury evidence display system.

**Other Planning or Discovery Orders:**

    a.    **Protective Order and ESI Order:** The Parties plan to file a proposed protective order and a proposed order governing the discovery of electrically stored information (ESI) for entry by the Court.

    b.    **Consent to electronic service:** Both Parties consent to electronic service in this case pursuant to Fed. R. Civ. P. 5(b)(2)(E).

DATED: March 5, 2025

DICKINSON WRIGHT PLLC

 /s/ Kevin D. Everage
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff
SATA GmbH & Co. KG*

DATED: March 5, 2025

LEX TECNICA LTD.

 /s/ Amber N. Davis
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (725) 239-8413
chris@lextecnica.com

WOLTER VAN DYKE DAVIS, PLLC
AMBER N. DAVIS (*pro hac vice*)
adavis@savvyiplaw.com
Jefferson C. Deery (*pro hac vice*)
jdeery@savvyiplaw.com
1900 Summit Tower Blvd. STE 140
Orlando, Florida 32810
Tel.: (407) 926-7729

*Attorneys for Defendant
Taizhou Tool-Bar Machinery Co., Ltd.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/6/2025

