**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG,<br><br>    Plaintiff<br><br>v.<br><br>Taizhou Tool-Bar Machinery Co., Ltd.,<br><br>    Defendant | Case No. 2:24-cv-02069-CDS-DJA<br><br>**Order Approving Extension of the Stay**<br><br>[ECF No. 28] |

Pursuant to this Court's April 17, 2025 Order (ECF No. 27), Plaintiff SATA GmbH & Co. KG ("SATA") and Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Tool-Bar" or "Defendant" and collectively, the "Parties") by and through their respective counsel, hereby submit their Joint Status Report and Request to Continue Stay.

A final settlement agreement has not yet been reached and finalized. However, the Parties continue to engage in good faith settlement negotiations to resolve the pending litigation. The Parties have exchanged versions of a settlement agreement and expect to have an executed

settlement in short order. In an effort to conserve judicial and party resources, the Parties respectfully request that the Court continue the stay in this action pending the conclusion of the settlement efforts. The Parties will promptly file dismissal papers upon completion of the settlement. Should the dismissal not be filed within the next thirty (30) days, the Parties will file an updated status report with the Court.

Dated: June 3, 2025                                    Dated: June 3, 2025

/s/ *Steven A. Caloiaro*                               /s/ *Amber N. Davis*
**DICKINSON WRIGHT PLLC**                              **LEX TECNICA LTD**
STEVEN A. CALOIARO                                     F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 12344                                   Nevada Bar No. 6559
100 W. Liberty Street, Suite 940                       10161 Park Run Drive, Suite 150
Reno, Nevada 89501                                     Las Vegas, Nevada 89145
Tel.: (775) 343-7500                                   Tel.: (725) 239-8413
Fax: (844) 670-6009                                    chris@lextecnica.com
scaloiaro@dickinsonwright.com
                                                       **WOLTER VAN DYKE DAVIS, PLLC**
KEVIN D. EVERAGE                                       AMBER N. DAVIS (*pro hac vice*)
Nevada Bar No. 15913                                   JEFFERSON C. DEERY (*pro hac vice*)
3883 Howard Hughes Pkwy, Suite 800                     1900 Summit Tower Blvd. STE 140
Las Vegas, Nevada 89169                                Orlando, Florida 32810
Tel.: (702) 550-4426                                   Tel.: (407) 926-7729
Fax: (844) 670-6009                                    adavis@savvyiplaw.com
keverage@dickinsonwright.com                           jdeery@savvyiplaw.com

*Attorneys for Plaintiff SATA GmbH & Co. G*            *Attorneys for Defendant*
                                                       *Taizhou Tool-Bar Machinery Co., Ltd*

## ORDER

Because the parties are engaging in good faith settlement negotiations in an effort to settle their dispute, the request for an extension of the stay is granted. The deadline for filing a notice of settlement, a stipulation of dismissal, or a second joint status report addressing settlement, is extended to July 7, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2025

