**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co. KG, <br><br> Plaintiff <br><br> v. <br><br> Taizhou Tool-Bar Machinery Co., Ltd., <br><br> Defendant | Case No. 2:24-cv-02069-CDS-DJA <br><br> **Order Extending Amended Complaint Deadline** <br><br> [ECF No. 31] |

Plaintiff SATA GmbH & Co. KG ("SATA" or "Plaintiff") and Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Tool-Bar" or "Defendant") (collectively, the "Parties"), hereby inform the Court that they have reached a settlement agreement in principle in connection with this case. The Parties are in the process of countersigning the settlement documentation and expect to file a Stipulation for Dismissal no later than ten (10) days from this date.

Accordingly, the Parties respectfully request that the current June 26, 2025 deadline for Plaintiff to file an amended complaint, as set forth in the Court's June 12, 2025 Order Granting

Defendant's Motion to Dismiss (ECF No. 30), be extended to July 7, 2025- the deadline in the Order staying the litigation (ECF No. 29). However, it is the Parties' express intent to file a Stipulation for Dismissal prior to this extended deadline.

Dated: June 24, 2025

**DICKINSON WRIGHT PLLC**

*/s/ Steven A. Caloiaro*
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff SATA GmbH & Co. KG*

Dated: June 24, 2025

**LEX TECNICA LTD**

*/s/ Amber N. Davis*
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (725) 239-8413
chris@lextecnica.com

**WOLTER VAN DYKE DAVIS, PLLC**
AMBER N. DAVIS (*pro hac vice*)
JEFFERSON C. DEERY (*pro hac vice*)
1900 Summit Tower Blvd. STE 140
Orlando, Florida 32810
Tel.: (407) 926-7729
adavis@savvyiplaw.com
jdeery@savvyiplaw.com

*Attorneys for Defendant Taizhou Tool-Bar Machinery Co., Ltd*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 25, 2025

2