**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
Fax: (844) 670-6009
keverage@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

SATA GmbH & Co. KG, a German Corporation,

Plaintiff

v.

Taizhou Tool-Bar Machinery Co., Ltd., a Chinese company,

Defendant

Case No. 2:24-cv-02069-CDS-DJA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff SATA GmbH & Co. KG ("SATA" or "Plaintiff") and Defendant Taizhou Tool-Bar Machinery Co., Ltd. ("Tool-Bar" or "Defendant") (collectively, the "Parties"), in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and without an award of attorneys' fees or costs to any party and state as follows:

1. That the Parties have finalized and executed a Settlement Agreement resolving all claims asserted in this matter; and

2. That the claims asserted herein and this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs



WHEREFORE, the parties ask this Court to dismiss this case with prejudice and with each party to pay its own costs and attorneys' fees.

Dated: July 3, 2025

*/s/ Steven A. Caloiaro*

**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
scaloiaro@dickinsonwright.com

KEVIN D. EVERAGE
Nevada Bar No. 15913
3883 Howard Hughes Pkwy, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4426
keverage@dickinsonwright.com

*Attorneys for Plaintiff SATA GmbH & Co. KG*

Dated: July 3, 2025

/s/ *Amber N. Davis*

**LEX TECNICA LTD**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (725) 239-8413
chris@lextecnica.com

**WOLTER VAN DYKE DAVIS, PLLC**
AMBER N. DAVIS (*pro hac vice*)
JEFFERSON C. DEERY (*pro hac vice*)
1900 Summit Tower Blvd. STE 140
Orlando, Florida 32810
Tel.: (407) 926-7729
adavis@savvyiplaw.com
jdeery@savvyiplaw.com

*Attorneys for Defendant Taizhou Tool-Bar Machinery Co., Ltd*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE

DATED: July 3, 2025



DICKINSON WRIGHT
ATTORNEYS AT LAW